# EXHIBIT A

# DEFENDANT anxizhilangshangmaoyouxi

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT Aureia

# Defendant's Infringing Listing



Customer Surprise! Funny Doll Ho...

https://www.walmart.com/ip/Customer-Surprise-Funny-Doll-Holiday-Discounts-10-14In-Brawl-Stars-Spike-Da-Plush-Toy-Crow-Plush-Licensed-Plush-Christmas-Gift-...

How do you want your items?

Search everything at Walmart online and in store

Reorder My Items

Hi, Jason D Account

$0.00

Departments    Services







Aurela

Customer Surprise! Funny Doll Holiday Discounts, 10.14In Brawl Stars Spike Doll Da Plush Toy Doll | Crow Plush| ?????????? ?????????? Licensed Toy Plush, Christmas Gift, Birthday, Party

☆ (No ratings yet)

Size: 10.14" x 9.75" x 13.26"

10.14" x 9.75" x 13.26"
$16.39

Actual Color: D*1+G*1

$16.39

Price when purchased online ⓘ

⊘ Free Holiday returns until Jan 31

**Buy now**

**Add to cart**

How do you want your item?

| Shipping | Pickup | Delivery |
| Arrives Dec 20 | Not available | Not available |
| $4.90 | | |

Delivery to 244 Madison Avenue

Sold and shipped by Aurela

Extended holiday returns  Details
Free Holiday returns until Jan 31

♡ Add to list       🎁 Add to registry

**About this item**

- Suitable size: This doll measures 10.14*9.75*13.26 Inches size, ideal for sharing and caring adventures among family or friends!
- Funny doll are made with Cloth, High-quality materials
- Our store has a stable supply channel, which can ensure that the goods you purchase are delivered in time as much as possible. At the same time, the price is favorable, which is a good choice for those who pursue cost-effectiveness.
- This product contains: 2x Brawl Stars Dolls, colors: D*1+G*1...

View more ⌄

34°F
Snow

Q Search

10
4:38 PM
12/4/2024

# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT baoyimaoyi

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT BHMT TRADE

# Defendant's Infringing Listing





BHMT

Spike - Brawl Stars Plush Buddies, Brawl Star Plush Toy Doll, Brawl Stars Merch Collectibles, Stuffed Plush Figure, Gifts for Game Fans Birthday Christmas

☆ (No ratings yet)

**Character: Spike A**

      
$18.99  $17.99  $13.99  $18.99  $16.99  $17.99  **$15.99**


$13.99

**About this item**

- 🧸 **Brawl Stars Plush Buddies:** These plush buddies are inspired by the characters from the popular game Brawl Stars, perfect for fans who want to bring their favorite characters to life in a cuddly form.
- 🧸 **Brawl Stars Merch Collectibles:** A must-have for collectors, these Brawl Stars Merch Collectibles are meticulously designed stuffed plush figures that capture the essence of the game's iconic characters.
- 🧸 **Stuffed Plush Figure:** Each plush figure is crafted with attention to detail using high-quality materials, ensuring they are soft, durable, an...

View more ⌄

**$15.99**

Price when purchased online ⓘ

◉ Free Holiday returns until Jan 31

[ Buy now ]

[ Add to cart ]

**How do you want your item?**

| 🚚 Shipping | 🚗 Pickup | 🛍️ Delivery |
|---|---|---|
| Arrives Dec 27 $2.00 | Not available | Not available |

Delivery to **244 Madison Avenue**

Sold and shipped by **BHMT TRADE**

★★★☆☆ 25 seller reviews

◉ Extended holiday returns   Details
Free Holiday returns until Jan 31

♡ Add to list          🎁 Add to registry

# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



Cart (1 item)

Pickup and delivery options

Shipping, arrives by Thu, Dec 26
244 Madison Avenue, Suite 411
$2.00 shipping

Sold and shipped by BHMT TRADE
$2.00 seller shipping fee

Spike - Brawl Stars Plush Buddies, Brawl Star Plush Toy Doll, Brawl Stars Merch Collectibles, Stuffed Plush Figure, Gifts for Game Fa...
Character: Spike A

Free Holiday returns until Jan 31

$15.99

Remove    Save for later    −  1  +

Continue to checkout

Subtotal (1 item)                    $15.99
Seller shipping                       $2.00
Taxes                    Calculated at checkout

Estimated total                      $17.99

Become a member to get free shipping, gas discounts & more!
Try Walmart+ free for 30 days!

Top Toys

# Order Confirmation for Counterfeit Products from Defendant



# DEFENDANT BOPENG

# Defendant's Infringing Listing



DJKDJL

**DJKDJL Spike Doll Plushies 9.8 In Cute and Soft Brawl Stars Stuffed Animal Toys for Ages 5-7**

☆ (No ratings yet)



**Character: Spike**




$21.52    $19.41    $21.52    $20.42    $20.11

**About this item**

- Cute Design: The plush doll features a charming cartoon style design, sure to delight children and fans of Brawl Stars.
- Variety of Options: With a wide range of colors and styles available, you can find the perfect plush doll to suit your child's preferences.
- Holiday Gift: This plush doll is a must-have gift for kids during holidays and special occasions. They'll love it!
- Premium Material: The filling material of this plush doll is made from high-quality PP cotton, ensuring maximum comfort and softness for...

View more ⌄

**At a glance**

| Brand | Character | Product line |
|---|---|---|
| DJKDJL | Spike | DJKDJL |

**$20.11**

Price when purchased online ⓘ

🚚 Free shipping · ↩ Free Holiday returns until Jan 31

**Buy now**

**Add to cart**

**How do you want your item?**

| Shipping Arrives Dec 15 Free | Pickup Not available | Delivery Not available |
|---|---|---|

Delivery to 244 Madison Avenue

Sold and shipped by BOPENG

★★★☆☆ 38 seller reviews

Extended holiday returns  Details
Free Holiday returns until Jan 31

♡ Add to list        🎁 Add to registry

# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT BorderlessBazaar

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



**Secure checkout** ⌄

**Delivering to Hans Diamond**   Change
244 MADISON AVE STE 411, NEW YORK, NY, 10016-2817, United States
Add delivery instructions

**Paying with American Express 5002**   Change

Want to use American Express Membership Rewards® points for this order?
Learn more ⌄

Use a gift card, voucher, or promo code

**Arriving Dec 23, 2024 - Jan 2, 2025**

RUYIFANG 9.8-Inch-Tall Collectibles | Brawl Stars Plush Toy Doll | Spike The Cactus Plush| Brawl Stars Licensed Toy Plush
$29.88
Ships from BorderlessBazaar
Sold by BorderlessBazaar

● Monday, Dec 23 - Thursday, Jan 2
FREE Delivery

Quantity: 1 Change

Gift options not available

**Place your order**
By placing your order, you agree to Amazon's
privacy notice and conditions of use.

Items:                                $29.88
Shipping & handling:                   $0.00
Estimated tax to be collected:*        $2.65
**Order total:**                      **$32.53**

**Place your order**   Order total: $32.53
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.
Do you need help? Explore our Help pages or contact us

# DEFENDANT Brave Bird

# Defendant's Infringing Listing



How do you want your items?

Search everything at Walmart online and in store

Reorder
My Items

Hi, Jason D
Account

$20.11

Departments    Services



MKKAS

MKKAS Brawl Stars Plush Dolls, 9.8" Game Figure Stuffed Plushies, Bull Plush Toys for Boys Girls Fans Birthday

(No ratings yet)

Actual Color: Bull

      

$5.55    $4.87    See more seller options    $9.55    See more seller options    $4.87    See more seller options

  

See more seller options    $9.55    $4.87    $10.75    $4.87    $5.55

View all 30

About this item

- brawl stars;brawl star;brawl stars toys;brawl stars plush;brawlstars;brawl stars figures;brawl stars merch;brawl stars leon;brawl stars spike;brawl stars shelly;star plush
- Funny Design: If you love the game, the Brawl Stars plush you deserve to have, which is very interesting, and cute, gives you different character inspiration. Anyone will like it!
- Variety of Options: With a wide range of colors and styles available, you can find the perfect plush doll to suit your child's preferences....

$5.55

Price when purchased online

Free Holiday returns until Jan 31

Buy now

Add to cart

How do you want your item?

Shipping
Arrives Dec 30
$3.99

Pickup
Not available

Delivery
Not available

Delivery to 244 Madison Avenue

Sold and shipped by Brave Bird

9 seller reviews

Extended holiday returns    Details
Free Holiday returns until Jan 31

Add to list    Add to registry

# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT ERETHI Toys Co.,LTD

# Defendant's Infringing Listing



https://www.walmart.com/ip/ERETHI-9-8-Brawl-Stars-Action-Figures-Cool-Figures-Leon-Leon-Game-Lovers-Fans-Gifts-Birthday-Halloween-Christmas-Boys/96...



**TKBABEUE**

ERETHI 9.8" Brawl Stars Action Figures, Cool Brawl Stars Action Figures Leon, Leon Action Figures for Game Lovers and Fans Gifts Birthday Halloween Christmas Gifts for Boys

☆ (No ratings yet)

**Actual Color:** Leon

      

$11.49   $11.49   $11.49   $11.49   $11.09   $8.89   $11.49

**About this item**

- 1.High-quality materials: Made with healthy materials, these action figures, are perfect for display.
- 2.Accurate design: Each action figures is designed to look just like the characters from the popular game, Brawl Stars.
- 3.Variety of characters: Collect all your favorite Brawl Stars characters.
- 4.Great for all ages: These action figures, are great for fans of all ages, from kids to adults....

View more ⌄

**At a glance**



$11.49

Price when purchased online ⓘ

**Buy now**

**Add to cart**

**How do you want your item?**

Shipping — Arrives Dec 27 — $3.99

Pickup — Not available

Delivery — Not available

Delivery to **244 Madison Avenue**

**Extended holiday returns**  Details
Free Holiday returns until Jan 31

♡ Add to list        🎁 Add to registry

# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



# Order Confirmation for Counterfeit Products from Defendant



# DEFENDANT FehiZhiFen

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



# Order Confirmation for Counterfeit Products from Defendant



Your Account › Your Orders › Order Details

# Order Details

Ordered on January 21, 2025  |  Order# 112-5134418-0749831

View or Print invoice

**Shipping Address**
Hans Diamond
244 MADISON AVE STE 411
NEW YORK, NY 10016-2817
United States
Change

**Payment method**
AMEX ending in 5002

**Order Summary**
| | |
|---|---|
| Item(s) Subtotal: | $18.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $18.99 |
| Estimated tax to be collected: | $1.69 |
| **Grand Total:** | **$20.68** |

**Arriving Thursday**

MIAO YU Brawl Plush Spike Doll Leon Pendant Poco Toddlers Toys for Christmas Easter Thanksgiving Birthday (Spike)
Sold by: FehiZhiFen
$18.99
Buy it again

Track package
Cancel items
Ask Product Question
Write a product review
Change Payment Method

## Related to items you've viewed   See more

Page 1 of 2

# DEFENDANT Feiyigou

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant

## Review Order

**Shipping, arrives by Fri, Dec 20**

Ray Lewis
244 Madison Avenue, Suite 411, New York, NY 10016                Edit

**Delivery instructions (optional)**                                 Add

Add access codes or other necessary information.

**Items details**                                    View details

1 item



**Place order for $13.24**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| Subtotal (1 item) | $9.17 |
| Seller shipping | $2.99 |
| Estimated taxes | $1.08 |
| **Estimated total** | **$13.24** |

Have a promo code?

**Payment method**

AMERICAN EXPRESS   Ending in 6000                              $13.24

+ Add new payment                          Change payment

# DEFENDANT Ffantacy

# Defendant's Infringing Listing



Seniver Brawl Stars Line Friends Crow Stuffed Animals and Plush Toys



Seniver

**Seniver Brawl Stars Line Friends Crow Stuffed Animals and Plush Toys**

☆ (No ratings yet)

**About this item**

Seniver Brawl Stars Line Friends Crow Stuffed Animals and Plush Toys

- Official collaboration between Brawl Stars and Line Friends
- Features a standing plush cuddle doll of LEON, measuring 27cm
- Made from soft, highquality materials for a comfortable feel
- Perfect for fans of Brawl Stars and collectors of plush toys
- Ideal for gifting or as a decorative item in any room

**At a glance**

| Brand | Character | Material |
|---|---|---|
| Seniver | Crow | Plush |

| Theme | Manufacturer | Batteries incl |
|---|---|---|
| TV, Movie & Video Games | Line Friends | N |

View all specifications

$10.95

Price when purchased online ⓘ

Free Holiday returns until Jan 31

Buy now

Add to cart

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Dec 27 | Not available | Not available |
| $3.99 | | |

Delivery to **244 Madison Avenue**

Sold and shipped by **FFantacy**

★★★☆☆ 14 seller reviews

Extended holiday returns   Details
Free Holiday returns until Jan 31

♡ Add to list        Add to registry




# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT GeChengClothing

# Defendant's Infringing Listing



https://www.walmart.com/ip/Brawl-Stars-Plush-Toy-Plush-Cameraman-Game-Figure-Plushies-Soft-Cotton-Stuffed-Animal-Plushie-Doll-Collectible-Gifts-Kids-Fans-C...

How do you want your items?

Search everything at Walmart online and in store

Reorder
My Items

Hi, Jason D
Account

$0.00

Departments    Services





Seniver

Seniver Brawl Stars Stuffed Animals, 9.8 Inch Exquisite Game Plush Toys, Funny Game Figure Doll Games Plushies for Game Fans

★★★★★ (5.0)    1 rating

Size: 1PC

1PC
Now $13.27

Actual Color: Spike



About this item

- 🧸 These cuddly buddies are about 9.8 inches. Enjoy the company of one of the huggable buddies; Shelly, Colt, El Primo, Spike, Crow, Leon and Poco plush buddy. They are each designed with game-like figures, and can be carried around or put in a backpack- you can take them wherever you go. Let's do this! Collect them all and experience endless possibilities!
- 🧸 These plush come in 7 different characters: Shelly, Colt, El Primo, Spike, Crow, Leon and Poco. The collection of Brawl Stars figures tha...

View more

Now $13.27    $22.92 ⓘ

You save $9.65

Price when purchased online ⓘ

🚚 Free shipping    🔄 Free Holiday returns until Jan 31

Other options from $13.07

Buy now

Add to cart

How do you want your item?

Shipping
Arrives Dec 18
Free

Pickup
Not available

Delivery
Not available

Delivery to 244 Madison Avenue

Sold and shipped by GeChengClothing

★☆☆☆☆ 5 seller reviews

Extended holiday returns  Details
Free Holiday returns until Jan 31

♡ Add to list    🎁 Add to registry



34°F
Cloudy

Search

86
4:58 PM
12/4/2024

# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



Cart (1 item)

Pickup and delivery options

Shipping, arrives by Mon, Dec 23

244 Madison Avenue, Suite 411

$2.99 shipping

Sold and shipped by Feiyigou
$2.99 seller shipping fee

Brawl Stars,Brawl Star,Brawl Stars Toys,Brawl Stars Plush Buddies
Toy Doll Plush,Style E,Brawl Stars,1 * Plush Toy Doll - Blue -...

Actual Color: Style E

Free Holiday returns until Jan 31

$8.06

Remove    Save for later    −  1  +

Continue to checkout

Subtotal (1 item)                    $8.06
Seller shipping                      $2.99
Taxes                    Calculated at checkout

Estimated total                     $11.05

Become a member to get free shipping, gas discounts & more!
Try Walmart+ free for 30 days!

Top Toys

# DEFENDANT
# guangzhougeranshangmaoyouxiangongsi

# Defendant's Infringing Listing



Amazon.com: NETZXH Brawls Plu...

https://www.amazon.com/NETZXH-Cartoon-Stuffed-Birthday-Kids (cactus) /dp/B0D93ZR4HJ/ref=sr_1_43?crid=2DLJ8MECYIBVU&dib=eyJ2IjoiMSJ9.3K7ov...

amazon prime
Deliver to Hans
New York 10016

brawl+stars

EN

Hello, jason
Account & Lists

Returns
& Orders

0 Cart

All    Rufus    Holiday Deals    Medical Care    Amazon Basics    Customer Service    Buy Again    Groceries    Shop By Interest    Pharmacy    Amazon Home

Prime THURSDAY NIGHT FOOTBALL    06 : 15 : 30

Toys & Games    Kids Gift Guide    Shop Toys by Character    Shop Best Selling Toys    Shop Newly Released Toys    Shop Amazon Exclusive Toys    Shop Toy Deals    Create a Gift List

Spend less on your medication    Learn more    amazon pharmacy

Toys & Games › Stuffed Animals & Plush Toys › Plush Pillows

## Brawls Plush Cute Star Plush Toys, 9.8 Inch Cartoon Stuffed Animals Plush Doll, Soft Plush Figure Birthday Gifts for Fans Adults Kids  (cactus)

Brand: NETZXH
Search this page

$15.99

Thank you for being a Prime Member. Pay $15.99 $0.00 for this order; get a $200 Amazon Gift Card upon approval for the Amazon Business Prime Card. Terms apply. Learn more

Color: Cactus

- 【High Quality Material】The plush toy is made of soft plush fabric and filled with pp cotton. It has excellent properties in elasticity and bulkiness, the cute plushies is not afraid of extrusion and deformation, and has a soft and delicate touch.
- 【Proper Size】This cute plush measures about 9.8 inches/25cm, It is easy to carry, you can take it to school, park, travel and other places anytime, anywhere. Of course, you can also put them in any corner of your home to decorate your life.
- 【Cute Design】With its lovely and lifelike stuffed animal plush, soft fabric. All bad emotions and work stress will disappear when you embrace stuffed plush! This plush toy perfectly captures the popular game character. It is a must-have for fans and collectors alike.
- 【Versatile Use】Makes an ideal addition to your living room, bedroom, office, dining room, sofa, and chair cushion. It's also a great plush toy for kids adding a touch of charm and comfort to their spaces.
- 【Perfect Gift Choice】It's an ideal gift for family members, children, game fans, friends, and anyone who would love a new close friend. Surprise your friends, family, or fellow gamers with this adorable character toy and bring a smile to their faces.

› See more product details

⚑ Report an issue with this product or seller

Consider a similar item

Ask Rufus
Is it suitable for kids?    Does it retain its shape well?
Are the seams sturdy and durable?    Ask something else

Roll over image to zoom in

$15.99

$7.99 delivery December 19 - January 2. Details

Deliver to Hans - New York 10016

In stock
Usually ships within 3 to 4 days.

Quantity: 1

Add to Cart

Buy Now

Ships from    guangzhougueranshangma
Sold by    guangzhougueranshangma
Returns    Returnable until Jan 31, 2
Customer service    Amazon

∨ See more

Add to List

Add to Registry & Gift List

# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT GZHH LLC

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT
# hongdongxianpingchenkeji

# Defendant's Infringing Listing







**GUIMING HUANG**

Buytra Doll Mobile Game Wilderness Fighting Card Doll Toy Brawl Stars Standing Plush

★★★★☆ (4.0) | 1 rating

**Actual Color: Green**

$24.99

**About this item**

- Size:25CM
- Color:as shown
- Package includes:

**At a glance**

| Brand | Weight | Material |
|-------|--------|----------|
| Buytra | 161 g | PP cotton |

| Color | Age range | Occasion |
|-------|-----------|----------|
| Green | 7 - 14 Years | All Occasion |

View all specifications

$24.99

Price when purchased online ⓘ

🚚 Free shipping    ⊘ Free Holiday returns until Jan 31

Other options from $22.99

**Buy now**

**Add to cart**

**How you'll get this item:**

| 🚚 Shipping | 🚗 Pickup | 📦 Delivery |
|-----------|----------|-----------|
| Arrives Dec 13 | Not available | Not available |
| Free | | |

**244 Madison Avenue** Change

Arrives by Fri, Dec 13 | More options

Only 5 left

Sold and shipped by
hongdongxianpingchenkeji

★★⯨☆☆ 3 seller reviews

Extended holiday returns  Details
Free Holiday returns until Jan 31

# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT HONGYOHE a/k/a TKBABEUE

# Defendant's Infringing Listing



https://www.walmart.com/ip/Brawl-Stars-Plush-Toy-Plush-Cameraman-Game-Figure-Plushies-Soft-Cotton-Stuffed-Animal-Plushie-Doll-Collectible-Gifts-Kids-Fans-C...





Seniver

Seniver Brawl Stars Stuffed Animals, 9.8 Inch Exquisite Game Plush Toys, Funny Game Figure Doll Games Plushies for Game Fans

★★★★★ (5.0) | 1 rating

Size: 1PC

1PC
Now $12.27

Actual Color: Spike

About this item

- 🧸 These cuddly buddies are about 9.8 inches. Enjoy the company of one of the huggable buddies; Shelly, Colt, El Primo, Spike, Crow, Leon and Poco plush buddy. They are each designed with game-like figures, and can be carried around or put in a backpack- you can take them wherever you go. Let's do this! Collect them all and experience endless possibilities!

- 🧸 These plush come in 7 different characters: Shelly, Colt, El Primo, Spike, Crow, Leon and Poco. The collection of Brawl Stars figures tha...

View more ∨



Now $12.27  $22.92 ⓘ

You save $10.65

Price when purchased online ⓘ

Buy now

Add to cart

How do you want your item?

Shipping
Arrives Dec 23
$0.99

Pickup
Not available

Delivery
Not available

Delivery to 244 Madison Avenue

Sold and shipped by HONGYOHE

★★★☆☆ 6 seller reviews

♡ Add to list        🎁 Add to registry

More seller options (3)

Starting from $13.27    Compare all sellers

# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



DEFENDANT
houxukaishangmaoyouxian

# Defendant's Infringing Listing







## Fashion circle

Brawl stars three-piece set, cartoon fashion backpack, versatile casual backpack, shoulder bag, pencil case, storage bag

☆ (No ratings yet)

**Size:** 17-Inch Backpack

| 17-Inch Backpack $26.99 | Pencil case $11.99 | Satchel $17.99 | Three-piece set (17-inch... $35.99 |

**Actual Color: 23**

View all 22

### About this item

Brawl stars three-piece set, cartoon fashion backpack, versatile casual backpack, shoulder bag, pencil case, storage bag

### At a glance

| Brand | Color |
| Fashion circle | 23 |

**$26.99**

Price when purchased online ⓘ

🚚 Free shipping    ⟲ Free Holiday returns until Jan 31

**Buy now**

**Add to cart**

**How do you want your item?**

| 🚚 Shipping Arrives Dec 19 Free | 🚗 Pickup Not available | 🛍 Delivery Not available |

Delivery to 244 Madison Avenue

Sold and shipped by houxukaishangmaoyouxian

★☆☆☆☆ 1 seller review

Extended holiday returns  Details
Free Holiday returns until Jan 31

♡ Add to list       🎁 Add to registry

# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT HYSMT

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT JGTUY

# Defendant's Infringing Listing



JGTUY

**Brawl-Stars Spike Plush Game Character Plush Doll Leno Plushies Ornament Gifts for Home offices Ideal Game Merch Plush Toy for Fans**

☆ (No ratings yet)

Actual Color: D

$12.32    $14.99    **$12.13**    $11.12

## About this item

- Brawl-Stars Plush Buddies: These plush buddies are inspired by the characters from the popular game Brawl-Stars, perfect for fans who want to bring their Favorite-Characters to life in a cuddly form.
- Brawl-Stars Merch Collectibles: A must-have for collectors, these Brawl-Stars Merch Collectibles are meticulously designed stuffed plush figures that capture the essences of the game's iconics characters.
- Stuffed Plush Figure: Each plush figure is crafted with attention to...

View more ⌄

## At a glance

Brand    Product line    Dimensions

### $14.99

Price when purchased online ⓘ

🚚 Free shipping    🔄 Free Holiday returns until Jan 31

Other options from $13.67

[ Buy now ]

[ Add to cart ]

**How do you want your item?**

Shipping — Arrives Dec 16 Free

Pickup — Not available

Delivery — Not available

Delivery to 244 Madison Avenue

Sold and shipped by JGTUY

★★★☆☆ 19 seller reviews

Extended holiday returns  Details
Free Holiday returns until Jan 31

♡ Add to list    Add to registry

More seller options (2)

# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



# Order Confirmation for Counterfeit Products from Defendant



# Jan 21, 2025 order | Order# 2000129-18822716

Print | Have an issue with your order? Get help

**Delivery**
**Arrives by Wed, Feb 05**

Sold and shipped by **JGTUY**

Placed —— Preparing —— On the way —— Delivered

**1 item**

Brawl-Stars Spike Plush Game Character Plush Doll
Leno Plushies Ornament Gifts for Home offices...
Actual Color: D
Qty 1                                                        **$15.49**

Contact seller to ask about your order

Remove item

## Account

Home
Purchase history
Walmart+
My savings
Walmart Cash
Messages

**My items**
Reorder
Lists
Subscriptions
Registry
Protection plans

**My profile**
Reviews New
Pets
Vehicles
Recipes New
Giving & impact

**Delivery**

**Address**                          Edit
Ray Lewis
244 Madison Avenue, Suite 411, New York, NY
10016

**Payment method**                   Edit
Ending in 6000

**Subtotal**                         $15.49

**Tax**                              $1.37

**Total**                            $16.86

**Charge history**
Your transaction activity for this
order

Order# 2000129-18822716

# DEFENDANT JINZHAOYOUJIU

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT kdchaow

# Defendant's Infringing Listing









Senlver

**7PCS Upgraded Brawl Stars Plush Doll, 9.8 Inch Stuffed Animals & Toys, The Sea Serpent Plushies Toys, Stuffed Plushs Toys, Christmas Birthday Gift for Kids Children**

⭐☆☆☆☆ (10)    4 ratings

**Size: 7PCS**

| 1PC | 2PCS | 7PCS $70.99 |

**Actual Color: All**



**About this item**

- 🧸 【Brawl Stars figures at Once】These are small toys representing the game's and an unknown Legendary Brawler! —just like in the Brawl Stars game! The blister package humorously hides one Brawl Stars toy —watch out for mysterious attacks!
- 🧸 【Brawl Stars 】This Brawl Stars Plushise is made based on the popular game. It makes minor changes but perfectly restores the style characteristics, which is cute and popular.It can immerse you in the fun of the game...

View more ⌄



**$70.99**

Price when purchased online ⓘ

As low as $13/mo or 0% APR with affirm Learn how

🚚 Free shipping    🔵 Free Holiday returns until Jan 31

Other options from $69.29

**Buy now**

**Add to cart**

**How do you want your item?**

| Shipping Arrives Dec 19 Free | Pickup Not available | Delivery Not available |

Delivery to 244 Madison Avenue

Sold and shipped by kdchaow

⭐½☆☆☆ 3 seller reviews

**Extended holiday returns** Details
Free Holiday returns until Jan 31

♡ Add to list    🎁 Add to registry

# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT KEVCHE Co.,Ltd

# Defendant's Infringing Listing









KEVCHE

KEVCHE 9.8" Brawl Stars Plush Toys, Brawl Stars Stuffed Animals Plushies Jessie, Brawl Stars Doll for Brithday of Children and Game Fans, Age 4+

☆ (No ratings yet)

**Size:** 25cm/9.8"

25cm/9.8"
$9.99

**Actual Color:** Jessie

      

  

View all 19

$9.99

Price when purchased online ⓘ

◉ Free Holiday returns until Jan 31

**Buy now**

**Add to cart**

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Dec 30 | Not available | Not available |
| $3.00 | | |

Delivery to 244 Madison Avenue

Sold and shipped by KEVCHE Co.,Ltd

★★★☆☆ 23 seller reviews

◉ Extended holiday returns  Details
Free Holiday returns until Jan 31

♡ Add to list          🎁 Add to registry

**About this item**

- 1.High-quality materials: Made with healthy materials, these plushies toys, are perfect for display.
- 2.Accurate design: Each action figures is designed to look just like the characters from the popular game, Brawl Stars.
- 3.Variety of characters: Collect all your favorite Brawl Stars game characters, including Leon Crow Spike.
- 4.Great for all ages: These plushies toys, are great for fans of all ages, from kids to adults....

View more ∨

# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT Lin Lei

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT LYNDZGS

# Defendant's Infringing Listing



Seniver

**Brawl Stars x Line Friends Official Goods LEON Plush Cuddle Doll Video Game** ✅

⭐⭐⭐½ (3.5) | 2 ratings

### About this item

Brawl Stars x Line Friends Official Goods LEON Plush Cuddle Doll Video Game ✅

### At a glance

| Brand | Character | Material |
|-------|-----------|----------|
| Seniver | Brawl Stars | Plush |

| Theme |
|-------|
| Video Games |

View all specifications

**$13.90**

Price when purchased online ⓘ

🚚 Free shipping  •  🔄 Free Holiday returns until Jan 31

**Buy now**

**Add to cart**

#### How do you want your item?

| 🚚 Shipping | 🚗 Pickup | 🏪 Delivery |
|-------------|-----------|-------------|
| Arrives Dec 17 Free | Not available | Not available |

Delivery to 244 Madison Avenue

Sold and shipped by LYNDZGS

⭐☆☆☆☆ 2 seller reviews

Extended holiday returns  Details
Free Holiday returns until Jan 31

♡ Add to list          🎁 Add to registry

**More seller options (1)**
Starting from $13.99. Compare all sellers

# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



DEFENDANT Lyrasun
Toys&Decor Shop

# Defendant's Infringing Listing







Reduced price

Yubatuo

Yubatuo Brawl Stars Plush Dolls, 9.8" Game Figure Stuffed Plushies,Spike Plush Toys for Boys Girls Fans Birthday

★★★★☆ (4.0) | 5 ratings

Character: Spike

$9.99    Now $9.99    $9.99    Now $9.99   Now $9.99   Now $9.99

About this item

- 1.These cuddly buddies are about 9.8 inches. Enjoy the company of one of the huggable buddies; Shelly, Colt, El Primo, Spike, Crow, Leon and Poco plush buddy. They are each designed with game-like figures, and can be carried around or put in a backpack- you can take them wherever you go. Let's do this! Collect them all and experience endless possibilities!
- 2.These plush come in 7 different characters: Shelly, Colt, El Primo, Spike, Crow, Leon and Poco. The collection of Brawl Stars figures tha...

View more ⌄

At a glance

Now **$9.99**   $23.76 ⓘ

You save $13.77

Price when purchased online ⓘ

⟳ Free Holiday returns until Jan 31

Buy now

Add to cart

How do you want your item?

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Dec 27 | Not available | Not available |
| $4.99 | | |

Delivery to 244 Madison Avenue

Sold and shipped by Lyrasun Toys&Decor Shop

★★☆☆☆ 3 seller reviews

Extended holiday returns  Details
Free Holiday returns until Jan 31

♡ Add to list      Add to registry

# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT PlayLandia

# Defendant's Infringing Listing



PlayLandia

Dolls & Accessories ,Brawl Stars Plush Buddies 7 Inch Tall Collectibles Brawl Stars Plush Toy Doll Crow Plush Brawl Stars Licensed Toy Plush by PlayLandia

(No ratings yet)

**Actual Color: Leon**

$19.99   $19.99   $19.99   **$19.99**   $18.99   $19.99   $19.99

**About this item**

- Material: The plush toy is made of soft plush fabric and filled with pp cotton. It has excellent properties in terms of elasticity and bulkiness, the cute plushies is not afraid of extrusion and deformation, and has a soft and delicate .
- Cute Design: With its and lifelike stuffed animal plush, soft fabric. All bad emotions and work stress will disappear when you stuffed this plush! This plush can accompany you or your friends through lonely times....

View more ⌄

**At a glance**

Brand    Dimensions    Width

**$19.99**

Price when purchased online ⓘ

Free shipping    Free 60-day returns

Buy now

Add to cart

**How do you want your item?**

Shipping
Arrives Dec 23
Free

Pickup
Not available

Delivery
Not available

Delivery to **244 Madison Avenue**

Sold and shipped by **PlayLandia**

Free 60-day returns  Details

Add to list    Add to registry

# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT Ridiculous Bastard

# Defendant's Infringing Listing





Safeydaddy

**Brawl Stars Mouse Action Figure | Colt Figure | 4.5-Inch-Tall Collectibles | Brawl Stars Toy Figurine | Off Licensed Toys, Supercell, Gift for Video Gamer - Articulated Figure**

☆ (No ratings yet)

### About this item

- GET THE OFFICIAL BRAWL STARS ACTION FIGURE! FInd Legendary Brawler Colt inside this window box. "TIME FOR TROUBLE!" This 4.5-inch-tall toy figure has game-like features that come to life! You can move Colt's hands, arms, legs, and head with this interactive Action Figure.
- GET ONE OF BRAWL STARS TOY COLLECTIBLES WITH THE TOTAL OF 5 FOR YOU TO COLLECT. Find all these BRAWL STARS action figures: Leon, Colt, Crow, Spike, and Mortis. Interact with these Bra...

View more ⌄

### At a glance

| Brand |
| --- |
| Safeydaddy |

View all specifications



**$17.89**

Price when purchased online ⓘ

🚚 Free shipping   ⟲ Free Holiday returns until Jan 31

[ Buy now ]

[ Add to cart ]

**How do you want your item?**

| Shipping Arrives Dec 19 Free | Pickup Not available | Delivery Not available |
| --- | --- | --- |

Delivery to 244 Madison Avenue

Sold and shipped by Ridiculous Bastard

★½☆☆☆  3 seller reviews

Extended holiday returns   Details
Free Holiday returns until Jan 31

♡ Add to list          🎁 Add to registry

# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT Save Money 2 U

# Defendant's Infringing Listing









Seniver

**Seniver Brawl Stars Stuffed Animals, 9.8 Inch Exquisite Game Plush Toys, Funny Game Figure Doll Games Plushies for Game Fans**

☆ (No ratings yet)

**Size:** 1PC

| 1PC |
|-----|
| $15.49 |

**Actual Color:** El Primo

 

**About this item**

- 🎋 Funny Design: If you love the game, the Brawl Stars plush you deserve to have, which is very interesting, and cute, gives you different character inspiration. Anyone will like it!
- 🎋 Variety of Options: With a wide range of colors and styles available, you can find the perfect plush doll to suit your child's preferences.
- 🎋 Brawl Stars figures at Once: These are small toys representing the game's and an unknown Legendary Brawler! —just like in the Brawl...

View more ⌄

**$15.49**

Price when purchased online ⓘ

🌐 Free Holiday returns until Jan 31

| Buy now |
|---------|

| Add to cart |
|-------------|

**How do you want your item?**



Shipping
Arrives Dec 23
$2.00

Pickup
Not available

Delivery
Not available

Delivery to **244 Madison Avenue**

Sold and shipped by Save Money 2 U

★★⯪☆☆ 6 seller reviews

Extended holiday returns  Details
Free Holiday returns until Jan 31

♡ Add to list          🎁 Add to registry

# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



# Cart (1 item)

## 🖌️ Pickup and delivery options ⌄

**Shipping, arrives by Mon, Dec 23**

244 Madison Avenue, Suite 411

$2.00 shipping

Sold and shipped by  Save Money 2 U
$2.00 seller shipping fee

Seniver Brawl Stars Stuffed Animals, 9.8 Inch Exquisite Game Plush Toys, Funny Game Figure Doll Games Plushies for Game Fans

Size: 1PC
Actual Color: El Primo
🔄 Free Holiday returns until Jan 31

$15.49

Remove    Save for later    − 1 +

### Continue to checkout

| | |
|---|---|
| Subtotal (1 item) | $15.49 |
| Seller shipping | $2.00 |
| Taxes | Calculated at checkout |
| **Estimated total** | **$17.49** |

Walmart+  **Become a member to get free shipping, gas discounts & more!**

☐ Try Walmart+ free for 30 days!

## Top Toys

Best seller    Best seller    Best seller

# DEFENDANT Shenghu Trading Co., LTD

# Defendant's Infringing Listing



GUIMING HUANG

**Buytra Doll Mobile Game Wilderness Fighting Card Doll Toy Brawl Stars Standing Plush**

★★★★☆ (4.0) | 1 rating

**Actual Color:** Green

$22.99

$22.99

Price when purchased online ⓘ

🚚 Free shipping • 🔄 Free Holiday returns until Jan 31

**Buy now**

**Add to cart**

**About this item**

- Size:25CM
- Color:as shown
- Package includes:

**How do you want your item?**

| Shipping Arrives Dec 16 Free | Pickup Not available | Delivery Not available |

Delivery to 244 Madison Avenue

Only 9 left

Sold and shipped by Shenghu Trading Co., LTD

★★★★★ 1 seller review

Extended holiday returns  Details
Free Holiday returns until Jan 31

♡ Add to list          🎁 Add to registry

**At a glance**

| Brand | Weight | Material |
|-------|--------|----------|
| Buytra | 161 g | PP cotton |

| Color | Age range | Occasion |
|-------|-----------|----------|
| Green | 7 - 14 Years | All Occasion |

View all specifications



# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT WEIWEIGTBBVPPL

# Defendant's Infringing Listing









ORWNR

Brawl Stars Fan Art Leon water bottle with straw stainless steel water bottle school essential with hook press water bottle 350ml

☆ (No ratings yet)

## About this item

- Polished, ultra-smooth interior ensures colder and fizzier drinks for longe
- PERFECT FOR ANY DRINK: Still, sparkling, hot or cold
- LEAKLOCK: Leak-proof lid is engineered to not leak, drip or spill-even with fizz

## At a glance

| Brand |
|-------|
| ORWNR |

View all specifications

### $26.71

Price when purchased online ⓘ

🚚 Free shipping    🏷️ Free Holiday returns until Jan 31

**Buy now**

Add to cart

## How do you want your item?

| 🚚 Shipping | 🚗 Pickup | 🛍️ Delivery |
|-------------|-----------|-------------|
| Arrives Dec 20 Free | Not available | Not available |

Delivery to 244 Madison Avenue

Sold and shipped by WEIWEIGTBBVPPL

★★★☆☆ 2 seller reviews

Extended holiday returns  Details
Free Holiday returns until Jan 31

♡ Add to list    🎁 Add to registry

# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



DEFENDANT woeioi

# Defendant's Infringing Listing



HeaDream

HeaDream 50PCS Brawl Stars Series Stickers, Cartoon Style Laptop Sticker Waterproof Luggage Decal, Great Choice Birthday Gifts for Anime Fans

☆ (No ratings yet)

**Actual Color:** 50PCS


$6.84

$6.84

Price when purchased online ⓘ

🚚 Free shipping    ⟲ Free Holiday returns until Jan 31

**Buy now**

**Add to cart**

### How do you want your item?

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Jan 2 Free | Not available | Not available |

Delivery to 244 Madison Avenue

Sold and shipped by woeioi

★★★☆☆ 15 seller reviews

Extended holiday returns  Details
Free Holiday returns until Jan 31

♡ Add to list        Add to registry

## About this item

- Anime Peripherals Stickers: Dive into the world of anime with these vibrant and eye-catching stickers, perfect for any anime enthusiast.
- Cartoon Style: These stickers feature a charming cartoon style that captures the essence and whimsy of your favorite anime characters.
- Waterproof Material: Made with high-quality waterproof material, ensuring these stickers can withstand rain and spills, perfect for outdoor use.
- High Definition Printing: Each sticker is printed with high definition...

View more ⌄

## At a glance

| Color | Material | Brand |
|---|---|---|

# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT xiansiqing

# Defendant's Infringing Listing





### MUSKMELON

**Brawl Stars Plush Buddies | 10-Inch-Tall Collectibles | Brawl Stars Plush Toy Doll | Shelly Plush| Brawl Stars Licensed Toy Plush**

☆ (No ratings yet)

**Actual Color:** Brawl Stars Plush 1pcs

  
$10.89    $17.81    $28.33

#### About this item

Brawl Stars Plush Buddies | 10-Inch-Tall Collectibles | Brawl Stars Plush Toy Doll | Shelly Plush| Brawl Stars Licensed Toy Plush

#### At a glance

| Brand | Color |
|-------|-------|
| MUSKMELON | Brawl Stars Plush 1pcs |

View all specifications

**$10.89**

Price when purchased online ⓘ

Free Holiday returns until Jan 31

**Buy now**

**Add to cart**

#### How do you want your item?

| Shipping | Pickup | Delivery |
|----------|--------|----------|
| Arrives Dec 23 $5.99 | Not available | Not available |

Delivery to 244 Madison Avenue

Sold and shipped by xiansiqing

★½☆☆☆ 7 seller reviews

Extended holiday returns  Details
Free Holiday returns until Jan 31

Add to list     Add to registry

# Defendant's Merchant Storefront