

# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT
# xingyishihuihuikejiyouxiangongsi

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT yinchuanbaifudianzishangwu A/K/A Holiday Haven

# Defendant's Infringing Listing







NOBRAND

Brawl Stars Plush Doll Spike Shelly Plush Toy Pillow Gift 10"

☆ (No ratings yet)

Material: 7PCS

| 7PCS $89.87 | A $19.87 | B $19.87 | C $19.87 |
| D $19.87 | E $19.87 | F $19.87 | G $19.87 |

About this item

- Exciting Entertainment: This soft plush toy is an irresistible playmate that brings joy and fun to children, sparking their imagination with its charming design and bright colors.
- Instant Cuteness: Add instant cuteness to your car, bedroom, or living room with this adorable plush toy, bringing love and warmth to any space.
- Reliable and Soft: Made of skin-friendly smooth PP cotton and short plush, this plush toy is safe for cuddling and hugging, while being...

View more ⌄

At a glance

Dimensions

$89.87

Price when purchased online ⓘ

As low as $16/mo or 0% APR with affirm Learn how

🚚 Free shipping    ↩ Free Holiday returns until Jan 31

Buy now

Add to cart

How do you want your item?

| Shipping Arrives Dec 16 Free | Pickup Not available | Delivery Not available |

Delivery to 244 Madison Avenue

Sold and shipped by Holiday Haven

★☆☆☆☆ 3 seller reviews

Extended holiday returns Details
Free Holiday returns until Jan 31

♡ Add to list    🎁 Add to registry

# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT YSHUAka

# Defendant's Infringing Listing



https://www.walmart.com/ip/Brawl-Stars-Spike-Doll-Colt-Plush-Buddies-7-Inch-Tall-Collectibles-Plush-Toy-Doll-Crow-Plush-Licensed-Toy-Plush-on-Sale-Clearance/1...





Tanune

**Brawl Stars Spike Doll Colt, Plush Buddies 7 Inch Tall Collectibles Plush Toy Doll | Crow Plush| Licensed Toy Plush, on Sale Clearance!**

☆ (No ratings yet)

**Size:** One Size

| One Size |
| $16.09 |

**Actual Color:** As show

**About this item**

- Product Size: 9.84 x 7.48 x 6.3 inches (L x W x H)
- Material: cloth
- Plush Buddies 7 Inch Tall Collectibles Plush Toy Doll | Crow Plush| Licensed Toy Plush
  Features:
  Material: The plush toy is made of soft plush fabric and filled with pp cotton. It has excellent properties in terms of elasticity and bulkiness, the cute plushies is not afraid of extrusion and deformation, and has ...

View more ⌄



**$16.09**

Price when purchased online ⓘ

**Buy now**

**Add to cart**

**How do you want your item?**

Shipping — Arrives Dec 23 — $4.90
Pickup — Not available
Delivery — Not available

Delivery to 244 Madison Avenue

Sold and shipped by YSHUAka

★★★☆☆ 6 seller reviews

♡ Add to list    🎁 Add to registry

# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



DEFENDANT Yttmshdga

# Defendant's Infringing Listing











Visit Yttmshdga Store

## Brawl Stars Shelly Plush Buddy Blaster 7" Doll PMI International Gaming Figure

☆ (No ratings yet)

**$55.79**

Price when purchased online ⓘ

As low as $10/mo or 0% APR with affirm
Learn how

🔵 Free Holiday returns until Jan 31

**Size:** 10.2" x 10.2" x 24"

| 10.2" x 10.2" x 24" $55.79 |
|---|

**Actual Color:** A*1+B*1+C*1+D*1+E*1+F*1

**Buy now**

**Add to cart**

### How do you want your item?

| Shipping Arrives Dec 23 $9.90 | Pickup Not available | Delivery Not available |
|---|---|---|

Delivery to 244 Madison Avenue

🏪 Sold and shipped by Yttmshdga

★★⯪☆☆ 3 seller reviews

🔵 Extended holiday returns  Details
Free Holiday returns until Jan 31

♡ Add to list        🎁 Add to registry

### About this item

- Material: The plush toy is made of soft plush fabric and filled with pp cotton. It has excellent properties in terms of elasticity and bulkiness, the cute plushies is not afraid of extrusion and deformation, and has a soft and delicate .
- Cute Design: With its and lifelike stuffed animal plush, soft fabric. All bad emotions and work stress will disappear when you stuffed this plush! This plush can accompany you or your friends through lonely times....

View more ⌄

At a glance

# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT YUYXEdc

# Defendant's Infringing Listing





Clearance

Yujem

**Hot Toy! Brawl Stars Spike Doll Black Crow, Plush Buddies 7 Inch Tall Collectibles Plush Toy Doll | Crow Plush| Licensed Toy Plush, Wilderness Brawl Doll, 1X Brawl Stars Doll**

☆ (No ratings yet)

Actual Color: D

   
$9.99    $8.89    $9.29    $8.99

### About this item

- 🔴 【Brawl Stars figures at Once】These are small toys representing the game's and an unknown Legendary Brawler! —just like in the Brawl Stars game! The blister package humorously hides one Brawl Stars toy —watch out for mysterious attacks!
- 🔴 【Brawl Stars 】This Brawl Stars Plushie is made based on the popular game. It mades minor changes but perfectly restores the style characteristics, which is cute and popular.It can immerse you in the fun of the game...

View more ⌄

At a glance

**Now $8.89** ~~$9.89~~ ⓘ

You save $1.00

Price when purchased online ⓘ

🔵 Free Holiday returns until Jan 31

[ Buy now ]

[ Add to cart ]

#### How do you want your item?

| Shipping | Pickup | Delivery |
|----------|--------|----------|
| Arrives Dec 23 | Not available | Not available |
| $4.90 | | |

Delivery to 244 Madison Avenue

Sold and shipped by YUYXEdc

★☆☆☆☆ 1 seller review

🔵 **Extended holiday returns** Details
Free Holiday returns until Jan 31

♡ Add to list    🎁 Add to registry



# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT 玉娥达 a/k/a Yu'eda

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



# DEFENDANT 王盼888
## a/k/a Wang Pan 888

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



## Secure checkout ⌄

**Delivering to Hans Diamond**                                    Change
244 MADISON AVE STE 411, NEW YORK, NY, 10016-2817, United States

Add delivery instructions

---

**Paying with American Express 5002**                            Change

Want to use American Express Membership Rewards® points for this order?
Learn more ⌄

Use a gift card, voucher, or promo code

---

**Place your order**

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

| | |
|---|---|
| Items: | $29.88 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $2.65 |
| **Order total:** | **$32.53** |

---

### Arriving Dec 16, 2024 - Dec 24, 2024

Junjjo 9.8-Inch-Tall Collectibles | Brawl
Stars Plush Toy Doll | Spike The Cactus
Plush| Brawl Stars Licensed Toy Plush
$29.88
Ships from 王盼888
Sold by 王盼888

**Quantity:** 1 Change

Gift options not available

⊙ **Monday, Dec 16 - Tuesday, Dec 24**
FREE Delivery

---

**Place your order**   **Order total: $32.53**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item

# DEFENDANT 阿震的铺子
## a/k/a Ah Zhen's shop

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant

