# EXHIBIT B

# United States of America
## United States Patent and Trademark Office

# BRAWL STARS

**Reg. No. 5,567,901**

**Registered Sep. 25, 2018**

**Int. Cl.: 6, 9, 16, 18, 20, 21, 25, 26, 28, 41**

**Service Mark**

**Trademark**

**Principal Register**

Supercell Oy (FINLAND private limited company )
Itämerenkatu 11
Fi-00180 Helsinki
FINLAND

CLASS 6: chains of common metal; statuettes of common metal; non-electric locks of metal; trophies of common metal; nameplates of common metal; split rings of common metal for keys

CLASS 9: computer game software; downloadable computer game software; data storage media, namely, black CDs, blank DVDs; computer game software adapted for use with television receivers; pre-recorded motion picture and television films about video games and the settings and characters thereof; motion picture films featuring animation; bags, cases and sleeves specially adapted for storing and carrying telephones, computers, headphones and cameras; covers for mobile phones, portable computers and tablets; headphones; downloadable electronic publications, namely, books, magazines and newsletters in the field of computer games, computer game characters and electronic sports; decorative magnets; data storage media in the nature of blank USB flash drives; straps for cameras; straps for telephones; straps specially adapted for headphones; straps for computer bags; electric power distribution units

CLASS 16: Paper and cardboard; comic books; newspapers, photographs, magazines and books relating to computer games, computer game characters and electronic sports; printed periodicals, newsletters and brochures in the field of computer games, computer game characters and electronic sports; computer game instruction manuals; writing paper and envelopes; calendars; bookmarks; notebook and calendar covers; packing paper, wrapping paper and packaging materials made of recycled paper; cardboard boxes; party decorations made of paper; pens, erasers; posters, paper banners; figures made of paper; paper bags; sticker albums, stickers; greeting cards; post cards; collectable trading cards; sports trading cards; trading cards, other than for games; printed paper signs

CLASS 18: Bags, namely beach bags; all purpose sport bags; carry-all bags; leather bags, suitcases and wallets; shoulder bags; textile shopping bags; hand bags; luggage bags; school bags

CLASS 20: Furniture; sculptures made from plastic; mobiles being decorative articles; storage boxes made of wood; decorative wooden objects, namely centerpieces; trophies of plastic; nameplates, not of metal; figures made of plastics

CLASS 21: Household or kitchen utensils, namely, rolling pins, spatulas, turners, scoops, and whisks; household or kitchen containers; mugs; bottles sold empty and vacuum bottles; statues of china or glass; beverage glassware; candlesticks; candle rings; works of art made of glass; coupes and vases; works of art, of porcelain, terra-cotta or glass

CLASS 25: Footwear; headgear, namely, caps and hats; T-shirts, sweat shirts, shirts, blouses, vests; jeans, pants, shorts; underwear, sportswear, namely, sport t-shirts; socks; coats, jackets, suits; skirts; scarves; gloves, mittens; bathing suits, pajamas, negligee robes, bathrobes; sports caps and hats

CLASS 26: Lace and embroidery, ribbons and braid; buttons, hooks and eyes, needles;



Director of the United States
Patent and Trademark Office

barrettes, hair pins, and hair ties; hat pins; button badges and pins; trimmings for clothing; shoe trimmings, not of precious metal; brassards; belt buckles

CLASS 28: Electronic games, namely, handheld game consoles; hand-held units for playing electronic games; action skill games; action figures toys; board games; game cards; play sets for action figures; game cards and playing cards; soft dolls; plush toys; stuffed toys, water toys; wooden toys in the nature of wooden cars; toy cars made of plastics; children's multiple activity toys; puzzles; balloons; bags, cases and sleeves specially adapted for storing and carrying electronic game playing apparatus

CLASS 41: Electronic game services provided by means of a global communication network; providing on-line computer games; on-line gaming services; providing on-line computer games, multi-player video game matching services, and on-line entertainment in the nature of video game tournaments, cyber or virtual sports leagues and game shows; providing information on-line relating to computer games; provision of online non-downloadable games by means of a computer based systems; providing online non-downloadable interactive social games in a virtual environment; providing entertainment information relating to computer games via information network; entertainment services, namely, providing a website featuring non-downloadable games and computer games; organizing community sporting and cultural events and conferences in the field of computer games for entertainment purposes; providing on-line publications in the nature of books, magazines, and newsletters in the field of computer games, computer game characters and electronic sports; presentation of movies, films, animated movies, and television programs featuring computer game characters; entertainment services in the nature of creation, development, and production of movies, films, animations, and television programs; organizing social entertainment events and conferences for entertainment purposes in the field of computer games; organizing of sports and electronic sports competitions; providing entertainment information relating to computer games via a web site; providing online non-downloadable computer games and gaming services through an internet website portal; organizing and conducting video and computer game matches and tournaments; organizing of electronic sports events

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 05-18-2017 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1401020 DATED 11-07-2017, EXPIRES 11-07-2027

SER. NO. 79-231,760, FILED 11-07-2017

# United States of America
## United States Patent and Trademark Office

# BRAWL

**Reg. No. 6,914,997**

**Registered Dec. 06, 2022**

**Int. Cl.: 9, 16, 25, 28, 41**

**Service Mark**

**Trademark**

**Principal Register**

Supercell Oy  (FINLAND LIMITED LIABILITY COMPANY)
Jätkäsaarenlaituri 1
FI-00180 HELSINKI
FINLAND

CLASS 9: Recorded computer game software; downloadable computer game software; computer game software adapted for use with television receivers; pre-recorded motion picture, television, and animation films about video games and the settings and characters thereof recorded on electronic media; bags, cases and sleeves specially adapted for storing and carrying telephones, computers, headphones and cameras; covers specially adapted for mobile phones, portable computers and tablet computers; headphones; downloadable electronic publications, in the nature of books, magazines and newsletters in the field of computer games, computer game characters and electronic sports; belts and straps specially adapted for holding telephones, headphones and cameras; electrical power distribution units; all the aforementioned goods relating to computer games and computer game characters

CLASS 16: Paper and cardboard; printed comic books; printed matter, namely, newspapers, photographs, magazines and books in the field of computer games, computer game characters and electronic sports; printed computer game instruction manuals; writing paper and envelopes; printed calendars; bookmarks; notebook and calendar covers; packing paper, wrapping paper and packaging materials of paper; cardboard boxes; party decorations made of paper; pens, erasers; posters made of paper, paper banners; figures made of paper; paper bags; stickers and sticker albums; printed matter, namely, greeting cards, post cards, collectible cards being printed collector cards made primarily of paper and also including metal, sports trading cards, and collectible printed trading cards; paper signs; all the aforementioned goods relating to computer games and computer game characters

CLASS 25: Footwear, headwear; T-shirts, sweatshirts, shirts, blouses, vests; jeans, pants, shorts; underwear; sportswear, namely, uniforms, sport coats, shirts, socks, sports caps, hats, and jackets; socks; coats, jackets, suits; skirts; scarves; gloves, mittens; bathing suits, pajamas, negligee robes, bathrobes; headwear, namely, caps and hats; all the aforementioned goods relating to computer games and computer game characters

CLASS 28: Electronic games, namely, arcade-type electronic video games, non-coin operated electronic games other than those adapted for use with television receivers only; hand-held units for playing electronic games; action skill games; toy action figures; board games; game cards; play sets for action figures; game cards and playing cards; soft sculpture dolls; plush toys; stuffed toys, water toys, wooden toys, namely, wooden toy model cars; toys made of plastics, namely, plastic character toys; children's multiple activity toys; puzzles; bags, cases and sleeves specially adapted for storing and carrying apparatus for games in the nature of handheld units for playing computer



Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



3

games, joysticks for video games and computer games, and video game consoles; all the aforementioned goods relating to computer games and computer game characters

CLASS 41: Electronic game entertainment services, namely, providing online computer and electronic games, enhancements within online computer games and applications within online computer games, and providing virtual environments in which users can interact through online non-downloadable social games for recreational, leisure or entertainment purposes; providing on-line computer games; entertainment services, namely, providing online computer games, multi-player video game matching services in the nature of organization of electronic game competitions, and providing online entertainment in the nature of conducting online computer game tournaments, cyber or virtual electronic sports leagues and ongoing game shows; providing information on-line relating to computer games; provision of games by means of a computer based systems, namely, providing on-line computer games; providing interactive social games in a virtual environment, namely, providing on-line computer games; providing entertainment information relating to computer games via information network; entertainment services, namely, development, production and post-production services in the fields of video and films, providing online computer and electronic games, enhancements within online computer games, and applications within online computer games, and providing virtual environments in which users can interact through online non-downloadable social games for recreational, leisure or entertainment purposes, and providing on-line entertainment in the nature of conducting online video game tournaments, cyber or virtual fantasy sports leagues and production and distribution of games shows; providing online non-downloadable electronic publications in the nature of books, magazines and newsletters in the field of computer games, computer game characters and electronic sports; presentation in the nature of production and distribution of movies, films, animations, and television programs; entertainment services in the nature of creation, development, and production of movies, films, animations, and television programs; entertainment services in the nature of organising social events and conferences for entertainment purposes in the field of video and computer games, gaming; organising of competitions, namely, organization of e-sports competitions, organization of electronic game competitions; providing computer games and gaming services through an internet website portal, namely, providing online non-downloadable game software, virtual reality game services provided online from a computer network, and providing online computer games; entertainment services, namely, organising and conducting video and computer game matches and tournaments; organising of electronic sports events, namely, organization of electronic sports competitions; all the aforementioned goods relating to computer games and computer game characters

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 05-19-2021 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1631864 DATED 10-12-2021, EXPIRES 10-12-2031

SER. NO. 79-327,942, FILED 10-12-2021

Page: 2 of 3 / RN # 6914997