Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Melissa J. Levine
mlevine@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff
Supercell Oy*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUPERCELL OY,<br><br>*Plaintiff*<br><br>v.<br><br>ANXIZHILANGSHANGMAOYOUXI, AUREIA, BAOYIMAOYI, BHMT TRADE, BOPENG, BORDERLESSBAZAAR, BRAVE BIRD, ERETHI TOYS CO.,LTD, FEHIZHIFEN, FEIYIGOU, FFANTACY, GECHENGCLOTHING, GUANGZHOUGERANSHANGMAOYOUXIANGONGSI, GZHH LLC, HONGDONGXIANPINGCHENKEJI, HONGYOHE A/K/A TKBABEUE, HOUXUKAISHANGMAOYOUXIAN, HYSMT, JGTUY, JINZHAOYOUJIU, KDCHAOW, KEVCHE CO.,LTD, LIN LEI, LYNDZGS, LYRASUN TOYS&DECOR SHOP, PLAYLANDIA, RIDICULOUS BASTARD, SAVE MONEY 2 U, SHENGHU TRADING CO., LTD, WEIWEIGTBBVPPL, WOEIOI, XIANSIQING, XINGYISHIHUIHUIKEJIYOUXIANGONGSI, YINCHUANBAIFUDIANZISHANGWU A/K/A HOLIDAY HAVEN, YSHUAKA, YTTMSHDGA, | **CIVIL ACTION NO.**<br>**25-cv-2315 (JLR)** |

YUYXEDC, 玉娥达 A/K/A YU'EDA, 王盼888 A/K/A WANG PAN 888 and 阿震的铺子 a/k/a AH ZHEN'S SHOP,

*Defendants*

**CERTIFICATE OF SERVICE**

I, Gabriela N. Nastasi, hereby certify as follows:

1. I am over eighteen (18) years of age and not a party to this action. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to attest to the matters stated herein. I have personal knowledge of every statement made in this Certificate of Service and such statements are true and correct.

2. I am an associate attorney with the law firm Epstein Drangel LLP, a limited liability partnership located at 60 East 42nd Street, Suite 1250, New York, New York 10165. I am duly admitted to practice before the Courts of the State of New York and the United States District Court for the Southern District of New York.

3. I am an attorney for Supercell Oy ("Plaintiff") in the above-captioned case.

4. On March 20, 2025, Plaintiff filed this action and moved *ex parte* against the above-captioned Defendants for: 1) a temporary restraining order; 2) an order restraining Merchant Storefronts and Defendants' Assets with the Financial Institutions; 3) an order to show cause why a preliminary injunction should not issue; 4) an order authorizing bifurcated alternative service; and 5) an order authorizing expedited discovery.

5. On April 1, 2025, the Court entered an Order granting Plaintiff's Application in part ("TRO") which, *inter alia,* ordered Defendants to appear on April 16, 2025 at 11:30 p.m. to show cause why a preliminary injunction should not issue ("Show Cause Hearing").

6. On April 8, 2025, Plaintiff wrote a letter to the Court requesting to modify and extend the TRO, including the date of the Show Cause Hearing.

7. On April 11, 2025, the Court entered an Order granting Plaintiff's request which, *inter alia*, adjourned the Show Cause Hearing to April 25, 2025 at 11:30 a.m. ("Amended TRO").

2

8. On April 15, 2024, pursuant to the alternative methods of service authorized by the TRO, Plaintiff served the Summons, Complaint, TRO, all papers filed in support of the Application and the Amended TRO on each and every Defendant.

I declare under the penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

| | | |
|---|---|---|
| Dated: May 1, 2025<br>New York, New York | By: | _/s/ Gabriela N. Nastasi<br>Gabriela N. Nastasi<br>gnastasi@ipcounselors.com<br>EPSTEIN DRANGEL LLP<br>60 East 42nd Street, Suite 1250<br>New York, NY 10165<br>Telephone: (212) 292-5390<br>Facsimile: (212) 292-5391<br>*Attorneys for Plaintiff*<br>*Supercell Oy* |