

**EPSTEIN DRANGEL LLP**

60 East 42nd Street, Suite 1250, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

May 21, 2025

**VIA ECF**
Hon. Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

        **Re:**    *Supercell Oy v. Anxizhilangshangmaoyouxi, et al.*
                  Case No. 25-cv-2315 (JLR)
                  **Status Letter**

Dear Judge Rochon,

      We represent Plaintiff Supercell Oy ("Plaintiff") in the above-referenced action (the "Action").[1] In accordance with the Court's May 16, 2025 Order (Dkt, 30), Plaintiff respectfully submits the instant status letter.

      On April 15, 2025, pursuant to the methods of alternative service authorized by the Amended Temporary Restraining Order ("Amended TRO") (Dkt. 24), Plaintiff served the Summons, Complaint, TRO, all papers filed in support of Plaintiff's Application and the Amended TRO on each and every Defendant. (Dkt. 27). On April 25, 2025, the Court held a show cause hearing on why a preliminary injunction should not issue, and on April 28, 2025, the Court entered a preliminary injunction order against all Defendants, mirroring the terms of the Amended TRO and extending through the pendency of the Action ("PI Order"). (Dkt. 26). After receiving the PI Order, pursuant to the methods of alternative service authorized by the Amended TRO and PI Order, Plaintiff served a copy of the PI Order on each and every Defendant. (Dkt. 28). To date, none of the Defendants have appeared, filed Answers or otherwise moved with respect to Plaintiff's Complaint. However, several Defendants have reached out to Plaintiff to discuss settlement but have not indicated an intention to formally appear in this Action. Plaintiff is in active settlement negotiations with these Defendants and expects to reach settlement agreements and voluntarily dismiss some, if not all of the Defendants it is in communication with.

      Moreover, in accordance with the Court's directives in the PI Order, Plaintiff has begun the process of serving the thirty-seven (37) Defendants in this Action for which it was able to locate physical addresses through the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in Plaintiff's Complaint or Application.

Hon. Jennifer L. Rochon
May 21, 2025
Page **2** of **2**

in Civil or Commercial Matters ("Hague").[2] To allow time for Plaintiff to continue its settlement discussions and to receive updates on the Hague service results, Plaintiff respectfully proposes providing another status update within sixty (60) days.

    We thank the Court for its time and consideration.

                    Respectfully submitted,

                    **EPSTEIN DRANGEL LLP**

                    BY: /s/ Gabriela N. Nastasi
                    Gabriela N. Nastasi
                    gnastasi@ipcounselors.com
                    60 East 42nd Street, Suite 1250
                    New York, New York 10165
                    (212) 292-5390
                    *Attorneys for Plaintiff*
                    *Supercell Oy*

---

[2] Defendants Anxizhilangshangmaoyouxi ,Aureia, baoyimaoyi, BHMT TRADE, BOPENG, BorderlessBazaar, Brave Bird, ERETHI Toys Co.,LTD, FehiZhiFen, Feiyigou, Ffantacy, GeChengClothing, GZHH LLC, hongdongxianpingchenkeji, HONGYOHE a/k/a TKBABEUE, HYSMT, JGTUY, JINZHAOYOUJIU, kdchaow, KEVCHE Co.,Ltd, Lin Lei, LYNDZGS, Lyrasun Toys&Decor Shop, PlayLandia, Ridiculous Bastard, Save Money 2 U, Shenghu Trading Co., LTD, woeioi, xiansiqing, xingyishihuihuikejiyouxiangongsi, yinchuanbaifudianzishangwu A/K/A Holiday Haven, YSHUAka, Yttmshdga, YUYXEdc, 玉娥达 a/k/a Yu'eda, 王盼888 a/k/a Wang Pan 888 and 阿震的铺子 a/k/a Ah Zhen's shop