Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Melissa J. Levine
mlevine@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff
Supercell Oy*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUPERCELL OY, *Plaintiff* v. ANXIZHILANGSHANGMAOYOUXI, *et al*., *Defendants* | CIVIL ACTION NO. 25-cv-2315 (JLR) |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Supercell Oy ("Supercell" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendant HONGYOHE a/k/a TKBABEUE and LYNDZGS and PlayLandia and YSHUAka and Yttmshdga in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: June 16, 2025

          Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY:   /s/ Gabriela N. Nastasi
      Gabriela N. Nastasi
      gnastasi@ipcounselors.com
      EPSTEIN DRANGEL LLP
      60 East 42nd Street, Suite 1250
      New York, NY 10165
      Telephone: (212) 292-5390
      Facsimile: (212) 292-5391
      *Attorneys for Plaintiff*
      *Supercell Oy*

**It is so ORDERED.**

Signed at New York, NY on_____ ___, 2025.

_____
HON. JENNIFER L. ROCHON
United States District Judge