Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Melissa J. Levine
mlevine@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff
Supercell Oy*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUPERCELL OY,<br><br>*Plaintiff*<br><br>v.<br><br>ANXIZHILANGSHANGMAOYOUXI, *et al.*,<br><br>*Defendants* | CIVIL ACTION NO.<br>25-cv-2315 (JLR) |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Supercell Oy ("Supercell" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendant HONGYOHE a/k/a TKBABEUE and LYNDZGS and PlayLandia and YSHUAka and Yttmshdga in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: June 16, 2025                                         Respectfully submitted,

                                                             **EPSTEIN DRANGEL LLP**


                                                    BY:  /s/ Gabriela N. Nastasi
                                                         Gabriela N. Nastasi
                                                         gnastasi@ipcounselors.com
                                                         EPSTEIN DRANGEL LLP
                                                         60 East 42nd Street, Suite 1250
                                                         New York, NY 10165
                                                         Telephone: (212) 292-5390
                                                         Facsimile: (212) 292-5391
                                                         *Attorneys for Plaintiff*
                                                         *Supercell Oy*

**It is so ORDERED.**

Signed at New York, NY on   June   18 , 2025.


                                                    _____
                                                    HON. JENNIFER L. ROCHON
                                                    United States District Judge