

**EPSTEIN DRANGEL LLP**

60 East 42nd Street, Suite 1250, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

July 21, 2025

**VIA ECF**
Hon. Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *Supercell Oy v. Anxizhilangshangmaoyouxi, et al.*
             Case No. 25-cv-2315 (JLR)
             **Status Letter**

Dear Judge Rochon,

      We represent Plaintiff Supercell Oy ("Plaintiff") in the above-referenced action (the "Action").[1] In accordance with the Court's May 22, 2025 Order (Dkt. 32), Plaintiff respectfully submits the instant status letter.

      As discussed in Plaintiff's letter dated May 21, 2025 (Dkt. 31), Plaintiff is continuing its settlement negotiations with several Defendants that have contacted Plaintiff to discuss settlement but have not indicated an intention to formally appear in this Action. Plaintiff is in active settlement negotiations with these Defendants and expects to reach settlement agreements and voluntarily dismiss some, if not all of the Defendants it is in communication with.

      Moreover, in accordance with the Court's directives in the PI Order, Plaintiff has begun the process of serving those Defendants for which it was able to locate physical addresses through the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague"). Plaintiff's Hague service applications have now passed preliminary examination, however, Plaintiff does not have any further Hague updates at this time. To allow time for Plaintiff to continue its settlement discussions and to receive updates on the Hague service results, Plaintiff respectfully proposes providing another status update within sixty (60) days.

      We thank the Court for its time and consideration.

                                                                 Respectfully submitted,

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in Plaintiff's Complaint or Application.

Hon. Jennifer L. Rochon
July 21, 2025
Page **2** of **2**

Plaintiff shall provide an additional status update on settlement discussions and service by September 19, 2025.

Dated: July 23, 2025
   New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

**EPSTEIN DRANGEL LLP**

BY: /s/ Gabriela N. Nastasi
Gabriela N. Nastasi
gnastasi@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, New York 10165
(212) 292-5390
*Attorneys for Plaintiff*
*Supercell Oy*

