Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Melissa J. Levine
mlevine@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Supercell Oy*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUPERCELL OY,<br><br>*Plaintiff*<br><br>v.<br><br>ANXIZHILANGSHANGMAOYOUXI, *et al.*,<br><br>*Defendants* | CIVIL ACTION NO.<br>25-cv-2315 (JLR) |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Supercell Oy ("Supercell" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendant BOPENG and Brave Bird and ERETHI Toys Co.,LTD and Feiyigou and Ffantacy and GZHH LLC and JGTUY and KEVCHE Co.,Ltd and Lyrasun Toys&Decor Shop and Ridiculous Bastard and woeioi in the above-captioned action, with

1

prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: August 6, 2025                              Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: /s/ Gabriela N. Nastasi
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff
Supercell Oy*

**It is so ORDERED.**

Signed at New York, NY on_____ ___, 2025.

_____
HON. JENNIFER L. ROCHON
United States District Judge

2