UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUPERCELL OY,

                 Plaintiff,

-against-

ANXIZHILANGSHANGMAOYOUXI, et al.,

                 Defendants.

Case No. 1:25-cv-02315 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record on March 25, 2026, and based on Plaintiff's supplemental filings at Dkts. 62 and 63, Plaintiff's motion for default judgment is GRANTED as to Defendants Aureia, BorderlessBazaar, FehiZhiFen, GeChengClothing, guangzhougeranshangmaoyouxiangongsi, hongdongxianpingchenkeji, HYSMT, kdchaow, Lin Lei, Save Money 2 U, Shenghu Trading Co., LTD, xiansiqing, yinchuanbaifudianzishangwu A/K/A Holiday Haven, YUYXEdc, 玉娥达 a/k/a Yu'eda, 王盼888 a/k/a Wang Pan 888, and 阿震的铺子 a/k/a Ah Zhen's Shop, in the amount of $50,000 per Defendant.   In light of Plaintiff's representations on the record, the motion for default judgment is DENIED as to Defendant xingyishihuihuikejiyouxiangongsi, and that Defendant is dismissed from this action.  The Clerk of Court is respectfully directed to terminate the motion at Dkt. 55 and to close the case.

Dated: March 30, 2026
       New York, New York

                            SO ORDERED.

                            JENNIFER L. ROCHON
                            United States District Judge