UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SUPERCELL OY,

                    Plaintiff,

                                25 **CIVIL** 2315 (JLR)

        -against-                      **DEFAULT JUDGMENT**

ANXIZHILANGSHANGMAOYOUXI, et al.,

                    Defendants.
-------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Opinion and Order dated March 30, 2026,   Plaintiff's motion for default judgment is GRANTED as to Defendants Aureia, BorderlessBazaar, FehiZhiFen, GeChengClothing, guangzhougeranshangmaoyouxiangongsi, hongdongxianpingchenkeji, HYSMT, kdchaow, Lin Lei, Save Money 2 U, Shenghu Trading Co., LTD, xiansiqing, yinchuanbaifudianzishangwu A/K/A Holiday Haven, YUYXEdc, a/k/a Yu'eda, a/k/a Wang Pan 888, and a/k/a Ah Zhen's Shop, in the amount of $50,000 per Defendant. In light of Plaintiff's representations on the record, the motion for default judgment is DENIED as to Defendant xingyishihuihuikejiyouxiangongsi, and that Defendant is dismissed from this action; accordingly, the case is closed.

**DATED**: New York, New York
        March 31, 2026

                                      **TAMMI M. HELLWIG**
                                    _____
                                    **Clerk of Court**

                                  *K. mango*

              **BY:** _____
                          **Deputy Clerk**