Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Melissa J. Levine
mlevine@ipcounselors.com
EPSTEIN DRANGEL LLP
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Supercell Oy*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUPERCELL OY,<br><br>*Plaintiff*<br><br>v.<br><br>ANXIZHILANGSHANGMAOYOUXI, AUREIA, BAOYIMAOYI, BHMT TRADE, BOPENG, BORDERLESSBAZAAR, BRAVE BIRD, ERETHI TOYS CO.,LTD, FEHIZHIFEN, FEIYIGOU, FFANTACY, GECHENGCLOTHING, GUANGZHOUGERANSHANGMAOYOUXIANGONGSI, GZHH LLC, HONGDONGXIANPINGCHENKEJI, HONGYOHE a/k/a TKBABEUE, HOUXUKAISHANGMAOYOUXIAN, HYSMT, JGTUY, JINZHAOYOUJIU, KDCHAOW, KEVCHE CO.,LTD, LIN LEI, LYNDZGS, LYRASUN TOYS&DECOR SHOP, PLAYLANDIA, RIDICULOUS BASTARD, SAVE MONEY 2 U, SHENGHU TRADING CO., LTD, WEIWEIGTBBVPPL, WOEIOI, XIANSIQING, XINGYISHIHUIHUIKEJIYOUXIANGONGSI, | **CIVIL CASE NO. 25-cv-2315 (JLR)**<br><br>~~[PROPOSED]~~<br>**ORDER FOR RETURN OF SECURITY BOND** |

YINCHUANBAIFUDIANZISHANGWU    a/k/a    HOLIDAY HAVEN, YSHUAKA, YTTMSHDGA, YUYXEDC, 玉娥达 a/k/a YU'EDA, 王盼888 a/k/a WANG PAN 888 and 阿震的铺子 a/k/a AH ZHEN'S SHOP,

*Defendants*

The Court, having directed the Clerk of Court to close this case, hereby GRANTS Plaintiff's request for the return of the Five Thousand U.S. Dollar ($5,000.00) security bond in this action.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1) The Court releases the Five Thousand U.S. Dollar ($5,000.00) security bond that Plaintiff submitted in connection with this action to counsel for Plaintiff, Epstein Drangel, LLP, 6 East 45th Street, 7th Floor, New York, NY 10017.

**SO ORDERED.**

SIGNED this __3rd__ day of __April__, 2026, at _____ __.m.

_____
HON. JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE